UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No. 95-cr-0050-bhl

v.

ESTELLE L ALLEN,

        Defendant.

## ORDER

Defendant Estelle Allen has requested an expungement of her federal record. (ECF No. 46.) The Court does not have the power to grant such a request. *United States v. Wahi*, 850 F.3d 296 (7th Cir. 2017). Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion, (ECF No. 46), is **DENIED**.

Dated at Milwaukee, Wisconsin on January 28, 2021.

                                                            s/ Brett H. Ludwig
                                                           BRETT H. LUDWIG
                                                           United States District Judge